UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA LUNDY,

    Plaintiff,

                                          Case No. 1:06-cv-537

v

                                          Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

The decision of the Commissioner denying benefits is AFFIRMED.

Entered this 21st day of September, 2007.

                                            /s/ Wendell A. Miles
                                        Wendell A. Miles, Senior Judge